# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:CV-01-0761 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| TODD L. COOK AND JEAN E. COOK | SUMMONS AND COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

→ JEAN E. COOK

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1916 ESTHER STREET, CARLISLE, PA 17016

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MARTIN C. CARLSON
UNITED STATES OF AMERICA
SUITE 311, FEDERAL BUILDING
P.O. BOX 309
SCRANTON, PA 18501

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PERSONAL SERVICE   (SERVICE BY MAIL UNSUCCESSFUL)

FILED SCRANTON JUN - 5 2001

Signature of Attorney or other Originator requesting service on behalf of: J. JUSTIN BLEWITT, JR., AUSA

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 570-348-2800

DATE: 6-1-01

PER DEPUTY CLERK

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk — Andrea Lavelle | Date 6/1/01 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): TODD L. Cook (husband)

Address (complete only if different than shown above):

FILED SCRANTON JUN - 5 2001 PER _____ DEPUTY CLERK

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 6/4/01   Time: 130 pm

Signature of U.S. Marshal or Deputy

12°/m to 2°

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 90.00 | — | — | 90.00 | | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |