OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA



U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983



**MARY E. D'ANDREA**
*Clerk of Court*

(717) 221-3920
FAX (717) 221-3959

January 17, 2003

J. Justin Blewitt, Jr., Esquire
United States Attorney's Office
309 Federal Building
Scranton, PA 18501

    IN RE:    U.S.A.
                    vs.
               Todd L. Cook & Jean E. Cook
               1:CV-01-0761

Dear Mr. Blewitt:

    Please be advised you are hereby directed to submit a status report to the Honorable William W. Caldwell at P.O. Box 11877, Harrisburg, PA 17108 on or before January 31, 2003.

    Additionally, you are directed to file a signed copy of same with the Clerk of Court's Office at P.O. Box 983, Harrisburg, PA 17108 within the above deadline.

    Thank you for your consideration in this matter.

                                    Very truly yours,

                                    MARY D'ANDREA, CLERK

                                    Ann Severino-Michael
                                    Deputy Clerk

cc:    Judge William W. Caldwell
        File Copy

