THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U. S. Attorney
309 Federal Building
Scranton, PA 18501
Attorneys for Plaintiff

Phone: (570)348-2800

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | 1:CV-01-0761 |
| | ) | (Caldwell, J.) |
| TODD L. COOK and | ) | |
| JEAN E. COOK, | ) | |
| Defendants. | ) | |

FILED
SCRANTON

JAN 2 7 2003

PER _____
DEPUTY CLERK

### NOTICE OF DISMISSAL

COMES NOW, the United States of America, by and through Thomas A. Marino, United States Attorney for the Middle District of Pennsylvania, and hereby files this Notice of Dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a).

THOMAS A. MARINO
United States Attorney

J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney

DATED: 1/27/03